DAVID WINCHELL, Appellant, *v.* TOWN OF CAMILLUS, Respondent.

*Winchell* v. *Town of Camillus,* 109 App. Div. 341, affirmed.
(Argued November 22, 1907; decided December 10, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

November 15, 1905, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial, and granted a new trial in an action to recover for the alleged negligence of the defendant's highway commissioner in allowing a sluiceway to become clogged, whereby surface water flowed on to plaintiff's land.

*James R. Shea* for appellant.

*Ernest I. Edgcomb* for respondent.

Order affirmed, and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.